IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR55 |
| vs. | ) | |
| | ) | ORDER |
| FERNANDO ALVEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motions for an extension of time in which to file pretrial motions (Docs. 14 & 15). Upon review of the file, and for good cause shown, the court finds that a 15-day extension should be granted.

**IT IS ORDERED** that the motions are granted, in part, as follows:

1.  The deadline for filing pretrial motions is extended to **March 31, 2009.**

2.  In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 16, 2009 and March 31, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3.  Defendant shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, as soon as is practicable.

**DATED March 17, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**