IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>FERNANDO ALVAREZ,<br><br>     Defendant. | 8:09CR55<br><br>**ORDER** |

  Defendant Fernando Alvarez appeared before the court on Thursday, April 18, 2018 on a Petition for Warrant for Offender Under Supervision [62]. The defendant was represented by Glenn A. Shapiro, and the United States was represented by Assistant U.S. Attorney Gregory D. Artis, Jr. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held on Tuesday, April 24, 2018. The government's motion for detention is denied. Therefore, the defendant will be released on current and modified conditions of supervision.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 21, 2018 at 10:30 a.m. Defendant must be present in person.

  2. The defendant is released on current and modified conditions of supervision.

Dated this 24th day of April, 2018.

                 BY THE COURT:

                 s/ Michael D. Nelson
                 United States Magistrate Judge